IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  5:18CR00487 |
| | : | |
| Plaintiff, | : | JUDGE DAN AARON POLSTER |
| | : | |
| v. | : | |
| | : | |
| LAMARR HILL, | : | **MOTION TO CONTINUE** |
| | : | **SENTENCING** |
| Defendant. | : | |

Now comes Defendant, Lamarr Hill, by and through undersigned counsel, and respectfully requests this Honorable Court continue the Sentencing Hearing currently scheduled for May 29, 2019 at 10:30 a.m. Undersigned counsel has inquired with the United States, by and through its Assistant United States Attorney, who indicated it does not object to the instant request.

Mr. Hill, through counsel, respectfully requests this Court continue the May 29, 2019 Sentencing Hearing, as a scheduling conflict has unexpectedly arisen for undersigned counsel. Specifically, counsel recently learned of an important family matter that will require him to travel to California (where his son resides) from May 28, 2019 to May 30, 2019. Counsel respectfully submits that this scheduling conflict is irreconcilable, and apologizes to this Court for any inconvenience that may be caused by the instant request.

Undersigned counsel respectfully proposes the following, alternate dates: June 12, June 13, June 17, June 19, June 24, June 25, June 26, or June 27, 2019.

WHEREFORE, Mr. Hill, through counsel, respectfully submits the instant Motion to Continue and requests it be GRANTED.

Respectfully submitted,


     s/Jay Milano
JAY MILANO (0008204)
Milano Attorneys at Law
2639 Wooster Road
Rocky River, OH 44116-2911
P: (440) 356-2828
F: (440) 356-2873
Email: jm@milanolaw.com

Attorney for Defendant,
Lamarr Hill


CERTIFICATE OF SERVICE

A copy of the foregoing Motion to Continue Sentencing has been served via CM/ECF electronic filing with the United States District Court for the Northern District of Ohio this    23    day of May 2019 upon:

Patrick Burke
Assistant U.S. Attorney
Office of the U.S. Attorney
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113


Respectfully submitted,


     s/Jay Milano
Jay Milano, Esq. (0008204)

2