IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 5:18CR00487 |
| | : | |
| Plaintiff, | : | JUDGE DAN AARON POLSTER |
| | : | |
| v. | : | |
| | : | |
| LAMARR HILL, | : | **MOTION TO CONTINUE** |
| | : | **SENTENCING** |
| Defendant. | : | |

Now comes Defendant, Lamarr Hill, by and through undersigned counsel, and respectfully requests this Honorable Court continue the Sentencing Hearing currently scheduled for June 12, 2019 at 11:00 a.m.

Mr. Hill, through counsel, respectfully requests this Court continue the June 12, 2019 Sentencing Hearing, as Mr. Hill is currently serving a term of incarceration for the *State of Ohio v. Lamarr Hill,* Summit County Common Pleas Court, Case Number CR-2015-02-0360. Mr. Hill's counsel in the Summit County matter (Kerri O'Brien), as well as the Presentence Investigation Report completed in conjunction with the instant matter, indicate Mr. Hill's Summit County sentence will expire on June 16, 2019 – to avoid any confusion with respect to the Summit County sentence overlapping with the sentence to be imposed by this Court, Mr. Hill requests the Sentencing Hearing be continued until a date after his Summit County sentence expires on June 16, 2019. Counsel apologizes to this Court for any inconvenience that may be caused by the instant request.

Undersigned counsel respectfully proposes the following, alternate dates: June 25, June 26, June 27, or June 28, 2019.

1

WHEREFORE, Mr. Hill, through counsel, respectfully submits the instant Motion to Continue and requests it be GRANTED.

Respectfully submitted,

     s/Jay Milano
JAY MILANO (0008204)
Milano Attorneys at Law
2639 Wooster Road
Rocky River, OH 44116-2911
P: (440) 356-2828
F: (440) 356-2873
Email: jm@milanolaw.com

Attorney for Defendant,
Lamarr Hill

CERTIFICATE OF SERVICE

A copy of the foregoing Motion to Continue Sentencing has been served via CM/ECF electronic filing with the United States District Court for the Northern District of Ohio this _____6_____ day of June 2019 upon:

Patrick Burke
Assistant U.S. Attorney
Office of the U.S. Attorney
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113

Respectfully submitted,

     s/Jay Milano
Jay Milano, Esq. (0008204)

2